Eleanor Hendry and F. M. Hendry, her husband, Appellants vs. Ella Hawthorne and Samuel L. Hawthorne, her husband, Appellees.

Appeal from Circuit Court, Lee county; Barron Phillips, Judge.

G. A. Hanson, for Appellants.

Wall & Stevens, for Appellees.

The bill in this cause was filed by the appellants against the appellees. There was decree for the defendants, and the complainants appeal. The decree is affirmed.

Decision *Per Curiam.*

---

W. A. Hocker and Henry G. Dunn as Executors, and Alice E. Dunn as Executrix of the last will and tes-